# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The person of Joseph Jesus LOVATO to include a medical examination and contraband, more fully described in Attachment A | ) ) ) ) ) ) ) ) Case No. 24-sw-1227-SBP |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the _____ District of Colorado, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, Untied States Code, Section 1791 | Providing or possessing contraband in prison |

The application is based on these facts:

- ☒ Continued on the attached affidavit, which is incorporated by reference.
- ☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

                                                                        *s/Serena Martinez*
                                                                         *Applicant's signature*

                                                             DUSM Serena Martinez, USMS
                                                                      *Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: September 5, 2024                                              *Judge's signature*

                                                             Susan Prose
City and state: Denver, CO                              United States Magistrate Judge
                                                                    *Printed name and title*

## **ATTACHMENT A**
## **DESCRIPTION OF ITEM TO BE SEARCHED**

The person of Joseph Jesus LOVATO, DOB 03/16/1988, a white male, who is approximately five feet, eleven inches tall and weighs approximately 180 pounds, to include an x-ray of LOVATO's body and/or internal medical examination. LOVATO is depicted in the photographs below:





## ATTACHMENT B
## PROPERTY TO BE SEIZED

Investigators seek authority to search for and seize contraband, controlled substances, and any foreign objects serving as containers thereof, either from within the person of, or recovered from the proximity of Joseph Jesus LOVATO, as further described in Attachment A. Investigators request authority to serve this warrant on both the treating physician(s), and on LOVATO. Investigators are also authorized to obtain all medical records (including drug tests and imaging) associated with LOVATO's suspected possession of these items.

The search as authorized herein defers to the authority of the treating physician(s) regarding the appropriate medical procedure(s)—if any—employed to affect the recovery of these items. This warrant authorizes the treating physician(s) to employ reasonable and medically appropriate procedures, as they deem appropriate within their professional capacity, to result in the recovery of the items enumerated herein.

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Serena Martinez, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Deputy United States Marshal with the United States Marshals Service (USMS) and have been since October 2019. I successfully completed the Basic Criminal Investigator Course and Basic Deputy United States Marshal course at the Federal Law Enforcement Training Center in Glynco, GA.

2. I am assigned to the District of Colorado - Denver Office and serve as the Detention Management Coordinator (DMC). In this role I am responsible for responding to all USMS, District of Colorado prisoner-related deaths, attempted suicides, assaults, escapes, escape attempts, allegation of jail administration misconduct, tort claims, alleged violations of Title 18, Untied States Code, Section 1791 (Providing or possessing contraband in prison), as per USMS policy directives, and USMS prisoner complaints.

3. As part of my training and experience, I have participated in investigations involving violations of Supervised Release Violations, escape, prisoner death in custody and Prisoner Rape Elimination Act related matters. I have over five years of experience in locating and apprehending fugitives and investigating the above matters while serving in the United States Marshals Service.

4. This affidavit is presented in support of an application for a warrant to search for and collect the contraband, controlled substances, and items, as specified in Attachment B, from Joseph Jesus LOVATO, as specified in Attachment A, both of which attachments are incorporated by reference.

5. Because this affidavit is submitted for this limited purpose, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are required to establish the necessary foundation for an order authorizing the search and collection of evidence from Joseph Jesus LOVATO.

## FACTS IN SUPPORT OF AFFIDAVIT

6. On or about August 7, 2018, following an earlier indictment, Joseph Jesus LOVATO (DOB: 03/16/1988) was charged by Information with one count of Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D) and one count of Use, Carry and Possession of a Firearm During and in Relation to a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c)(1 )(A)(i).

7. LOVATO pled guilty to both counts of the Information.

8. On or about December 12, 2019, U.S. District Court Judge William J. Martinez sentenced LOVATO to a term of 78 months' imprisonment, followed by a supervised release term of three years. Those proceedings were in relation to District of Colorado case number 18-cr-00064-WJM-1.

9. According to the BOP inmate locator, LOVATO was released from imprisonment on or about January 19, 2024. At that point, he commenced his three-year term of supervised release.[1]

10. On September 3, 2024 LOVATO was arrested pursuant to an arrest warrant issued upon petition by the United States Probation Office alleging violations of the terms of

---

[1] *See* Federal Bureau of Prisons, Inmate Locator, https://www.bop.gov/mobile/find_inmate/byname.jsp (accessed Sept. 5, 2024).

2

supervised release.

11. LOVATO was arrested by Deputy U.S. Marshal (DUSM) T. Rohn and Supervisory Deputy U.S. Marshal (SDUSM) T. Luce at the U.S. Probation Office in the Byron Rogers Court House, Denver, CO. A body pat-down search was done of LOVATO at the Probation Office, witnessed by SDUSM Luce and Probation Officer E. Privette. LOVATO was escorted to the USMS Cellblock for booking. The arrest occurred after the court's cut-off time and, as such, an Initial Appearance was scheduled for September 4, 2024. LOVATO was transported to Jefferson County Jail for pre-trial housing.

12. On September 4, 2024, LOVATO was transported by the USMS' contracting service, GEO GTI, from Jefferson County Jail to the USMS Cellblock for his Initial Appearance hearing.

13. During a subsequent review of video from inside the transport vehicle, LOVATO is observed reaching down into his groin area several times while in transit. LOVATO is also observed on video trying to go up his pant leg from the ankle as if an item is lost or in his pant leg. Thereafter, while the transport staff was stopped at FCI Englewood to pick up four more detainees, LOVATO unbuckles himself, stands up, and reaches down his pants again. LOVATO sits down in a different seat and a white object can be seen in his hand. The item remains in LOVATO's hand until he is unloaded at the Alfred A. Arraj Courthouse in Denver, CO. When the Transport Officers return to their vehicle after dropping off the detainees, the Transport Officers noticed a white balloon on the sallyport elevator floor. The balloon was inspected and appeared to have a green, leafy substance resembling marijuana.

14. Due to the above incident, the inmates were removed from the cell to be strip searched. During that time, DUSM A. Diener searched the cell where the Jefferson County

3

inmates were being held. In the lunch bag believed to be used by LOVATO, DUSM Diener found two hard, dark brown substances individually wrapped in a light brown wax paper that were tucked into the seams of the lunch bag.  The brown substance is suspected to be heroin.

15. A subsequent review of surveillance camera footage from the Jefferson County transport area shows that the Transport Officer did a thorough pat-down search of LOVATO, and at that time a white balloon falls from his right pant leg to the floor between his feet.  This item went unnoticed by the Transport Officer. LOVATO then put his foot over the bag. LOVATO shuffled the bag from under his shoes as the Transport Officer applied leg restraints, taking his foot out of the shoes as he raised his feet. LOVATO dragged the white balloon under his shoe over to a seat and sat down. LOVATO then scooped it up with the bottom of his foot and grabbed it with his hand and held onto the white balloon. The surveillance video clearly shows LOVATO had the white balloon prior to being transported from the Jefferson County Jail.

16. On September 5, 2024, the USMS Office was alerted by the Jefferson County Jail Director of an unknown substance in similar brown packaging found in LOVATO's sock. Deputies at the Jefferson County Jail tested the unknown substance, and it returned presumptive positive for methamphetamine and heroin. LOVATO was scanned in the body scanner at Jefferson County Jail and the scanned images of LOVATO showed an anomaly in his body. LOVATO was scanned a second time, and the same anomaly was observed.  Jefferson County Jail placed LOVATO in a modified dry cell (without flushable toilet facilities).

17. USMS personnel escorted LOVATO to CommonSpirit St. Anthony's Hospital, located in or around 11600 West 2nd Place, Lakewood, Colorado 80228 ("St. Anthony's Hospital"), in order to have an examination to identify the anomaly and any potential medical issues related to the anomaly.

18. LOVATO has refused all examinations by hospital staff.  At the time of this submission, it is your Affiant's belief that Lovato remains at St. Anthony's Hospital and refusing all examinations by hospital staff.

19. LOVATO remains in the custody of the USMS.

20. The detention facilities in the area will not admit LOVATO until he is medically cleared and the hospital has concluded that he does not have a foreign object or contraband within his body. LOVATO's continued refusal of all medical examinations is preventing the hospital from examining his body to determine the nature of the anomaly and any other procedures that would clear him for return to a detention facility. Moreover, the potential concealment of narcotics within Lovato's body could create a risk of bodily injury to the inmate.

21. At least since the USMS learned of LOVATO's admission to St. Anthony's Hospital and his subsequent refusal of medical treatment, LOVATO has been under the continual supervision of GEO GTI guards and has not been allowed to use a private bathroom.

22. Hospital staff provided LOVATO with a bedpan receptacle for bowel movements and a bedside urinal, to prevent destruction of contraband evidence.

23. The treating physician at St. Anthony's Hospital stated that he could not perform additional treatment with respect to the suspected contraband and/or foreign object without a court order or warrant.

24. At this time, LOVATO is under the care of the medical staff at St. Anthony's Hospital and in the custody of the USMS' contractor, GEO GTI.

## **CONCLUSION**

25. I submit that this affidavit supports probable cause for a warrant to search the person described in Attachment A and seize the items described in the Attachment B.

26. I respectfully request that the search warrant permit law enforcement agents to execute the search in the very early morning hours or very late evening hours (prior to 6 a.m. or after 10 p.m.) because of the inherent risk of great bodily harm involved in keeping a controlled substance within an internal body cavity for an extended period of time.

Respectfully submitted,

*s/ Serena Martinez*
Serena Martinez
Deputy U.S. Marshal
United States Marshal Service

Submitted, attested to, and acknowledged by reliable electronic means this __5th__ day of September, 2024, Denver, Colorado.

_____
HON. SUSAN PROSE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**This application for search warrant was reviewed and is submitted by Bradley Giles, Assistant United States Attorney.**

6